UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                      Case No. 26-mj-30093

        Plaintiff,

v.

DESHAWN MATHIS,

        Defendant.

---

**ORDER DENYING GOVERNMENT'S EMERGENCY
MOTION TO REVOKE ORDER OF PRETRIAL RELEASE
AND MODIFYING CONDITIONS OF RELEASE**

On February 26, 2026, the Court held a hearing on the Government's Emergency Motion to Revoke Order of Pretrial Release (ECF # 9). For the reasons stated on the record, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's bond conditions shall be modified to include that he shall be placed on a federal tether and participate in the location monitoring program with GPS and home detention. Defendant shall pay all or part of the program based upon his ability to pay, as determined by Pretrial Services.

**IT IS SO ORDERED**.

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: February 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126